# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>     v.<br><br>MELVIN C. ARMEY, et al.,<br><br>            Defendants. | Case No.  1:14-cv-01179---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

Plaintiff Ronald Moore filed this action on July 29, 2014.  On September 17, 2014, the parties filed a notice of settlement.  Pursuant to the parties' notice of settlement, the parties are HEREBY ordered to file dispositional documents by October 17, 2014.

IT IS SO ORDERED.

Dated:  **September 18, 2014**

UNITED STATES MAGISTRATE JUDGE

1