# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>MELVIN C. ARMEY, et al.,<br><br>            Defendants. | No. 1:14-cv-01179-LJO-SAB<br><br>**ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Plaintiff's notice of voluntary dismissal, filed September 26, 2014, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **September 30, 2014**            /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE